# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING

*In Re:*                                                                              Case No.  13-19662-ref

**Michael J. Staffieri, Jr.**
**and Linda A. Staffieri,**

                                                                                                              **Chapter 13**

        **Debtor**

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Bank of America, N.A., secured creditor in the above-referenced proceedings. The undersigned hereby requests that notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure, be served upon the following:

                                        Joel S. Todd, Esquire
                                        Shelton, Harrison & Pinson, PLLC
                                        701 Highlander Blvd, Suite 270
                                        Arlington, TX 76015
                                        Tele: 817.522.7550
                                        Email: jtodd@shp-law.com

                                        **SHELTON, HARRISON & PINSON, PLLC**

                                        By: /s/ Joel S. Todd
Date: November 8, 2016                   Joel S. Todd, Esquire
                                        Attorney Id. 62334

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING**

*In Re:*                                                             Case No. 13-19662-ref

**Michael J. Staffieri, Jr.
and Linda A. Staffieri,**

                                                                              **Chapter 13**

        **Debtor**

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2016, a true and correct copy of the foregoing Notice of Appearance and Request for Notification was served upon all interested parties pursuant to the Court's CM/ECF system.

                                                      **SHELTON, HARRISON & PINSON, PLLC**

                                                        By: /s/ Joel S. Todd
                                                               Joel S. Todd, Esquire
                                                               Attorney Id. 62334

Debtors through debtor's attorney of record
Michael J. Staffieri, Jr. & Linda A. Staffieri
24 Buckhill Road
Kinzers, PA 17535

Debtor's Counsel via E-Filing
Gary E. Thompson
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

and

Jack K Miller Esq.
The Bouse Bldg.
111 S. Independence Mall E.
Philadelphia, PA 19106

Trustee
Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

and

Lisa Marie Ciotti
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606


U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107