United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael J. Staffieri, Jr.                                          Case No. 13-19662-ref
Linda A. Staffieri                                                 Chapter 13
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv          Page 1 of 1          Date Rcvd: Mar 14, 2019
                             Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
13648150         +Carrington Mortgage Services, LLC,   (servicing rights only,   1600 South Douglass Road,
                  Anaheim, CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        GARY E. THOMPSON   on behalf of Joint Debtor Linda A. Staffieri get24esq@aol.com
        GARY E. THOMPSON   on behalf of Debtor Michael J. Staffieri, Jr. get24esq@aol.com
        JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
        JOEL S. TODD   on behalf of Creditor    BANK OF AMERICA, N.A. jtodd@jtoddlaw.com,
         jtodd@jtoddlaw.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL   on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pa-bk@logs.com
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        RAMESH  SINGH   claims@recoverycorp.com
        SCOTT WATERMAN   ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
        THOMAS I. PULEO   on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                          TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-19662-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael J. Staffieri, Jr.
24 Buckhill Road
Kinzers PA 17535

Linda A. Staffieri
24 Buckhill Road
Kinzers PA 17535

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 12: Carrington Mortgage Services, LLC, (servicing rights only, 1600 South Douglass Road, Anaheim, CA 92806

Name and Address of Transferee:

Bank United N.A.
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/16/19

Tim McGrath
**CLERK OF THE COURT**