United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-19662-ref
Michael J. Staffieri, Jr.                                                 Chapter 13
Linda A. Staffieri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Apr 11, 2019
                              Form ID: 138NEW        Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db/jdb         +Michael J. Staffieri, Jr.,    Linda A. Staffieri,    24 Buckhill Road,    Kinzers, PA 17535-9760
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +CARRINGTON MORTGAGE SERVICES, LLC,    1600 SOUTH DOUGLASS ROAD,    Suite 200-A,
                 ANAHEIM, CA 92806-5951
cr             +Carrington Mortgage Services, LLC (servicing right,    1600 South Douglass Road,
                 Anaheim,, CA 92806-5951
13226678      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America Credit,     POB 15019,   Wilmington, DE  19886)
13226679       +Bank Of America Home Loans,    POB 5170,   Simi Valley, CA 93062-5170
14286556       +Bank United N.A.,   c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                 Anaheim, CA 92806-5948
13299239       +Bank of America, N.A.,   c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13235050       +Bank of America, NA,   c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13226680       +Brandywine Hospital,   C/O PASI,    7100 Commerce Way, Ste 100,    Brentwood, TN 37027-6935
13239599        Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13648150       +Carrington Mortgage Services, LLC,    (servicing rights only,    1600 South Douglass Road,
                 Anaheim, CA 92806-5951
13226684       +In Motion Physical Therapy,    20 Country Club Drive,   Downingtown, PA 19335-3058
13239775       +Lancaster Gen Hospital,   c/o Creditors Bankruptcy Service,     P.O. Box 740933,
                 Dallas, TX 75374-0933
13226689       +Lancaster HMA Phys Mgmt,   POB 281631,    Atlanta, GA 30384-1631
13226690       +Lancaster Reg Med Center,   C/O Apex,    POB 5407,   Lancaster, PA 17606-5407
13226691       +Lancaster Urology,   POB 3200,    Lancaster, PA 17604-3200
13226695       +PPL Electric,   2 N. 9th Street,    Asllentown, PA 18101-1179
13226694       +Physicians All Eastbrook,   POB 729,    East Petersburg, PA 17520-0729
13226696       +Red Rose Cardiology,   C/O Apex,    POB 5407,   Lancaster, PA 17606-5407
13226697       +Target,   POB 660170,   Dallas, TX 75266-0170
13226698       #+Wells Fargo Auto,   POB 1697,    Winterville, NC 28590-1697
13226704        Wells Fargo Bank, N.A.,   P.O. Box 19657,    Irvine, CA 92623-9657
13226703       +Wells Fargo Card Services,   1 Home Campus,    3rd Floor,   Des Moines, IA 50328-0001
13226699       +Wells Fargo Visa,   POB 6412,    Carol Stream, IL 60197-6412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2019 02:25:59     RAMESH SINGH,   25 SE 2nd Ave,
                 Suite 1120,   Miami, FL 33131-1605
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2019 02:27:00
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 12 2019 02:27:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 02:25:56     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13239794        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2019 02:25:59
                 American InfoSource LP as agent for,    Health Management Associates,
                 as assignee of Lancaster Regional Medica,    PO Box 248838,   Oklahoma City, OK  73124-8838
13226681       +E-mail/Text: documentfiling@lciinc.com Apr 12 2019 02:26:46     Comcast,   POB 3006,
                 Southeastern, PA 19398-3006
13226682       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 12 2019 02:26:52     Comenity Bank,
                 POB 182273,   Columbus, OH 43218-2273
13226683       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 12 2019 02:27:23     Hyundai Finance,
                 POB 660891,   Dallas, TX 75266-0891
13270451       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 12 2019 02:27:23
                 Hyundai Lease Titling Trust,   PO Box 20809,    Fountain Valley, CA 92728-0809
13226685       +E-mail/Text: cio.bncmail@irs.gov Apr 12 2019 02:26:49     IRS,   POB 37004,
                 Hartford, CT 06176-7004
13226686       +E-mail/Text: BKRMailOPS@weltman.com Apr 12 2019 02:26:51     Kay Jewelers,   POB 740425,
                 Cincinnati, OH 45274-0425
13226687       +E-mail/Text: bncnotices@becket-lee.com Apr 12 2019 02:26:48     Kohls,   POB 2983,
                 Milwaukee, WI 53201-2983
13226688       +E-mail/Text: csd1clientservices@cboflanc.com Apr 12 2019 02:27:20
                 Lancaster General Hospital,   C/O Credit Bureau Of Lancaster,    POB 1271,
                 Lancaster, PA 17608-1271
13226692       +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 02:25:57     Lowes,   Ge Capital,   POB 530914,
                 Atlanta, GA 30353-0914

```
District/off: 0313-4           User: dlv                Page 2 of 2                   Date Rcvd: Apr 11, 2019
                               Form ID: 138NEW          Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13226693         +E-mail/Text: csd1clientservices@cboflanc.com Apr 12 2019 02:27:20      MRI Group,
                  C/O Credit Bureau Of Lancaster,    POB 1271,    Lancaster, PA 17608-1271
13294336          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 02:26:19
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13226705          E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2019 02:26:53
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13226701          E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2019 02:26:53
                  Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                  Kirkland, WA  98083-0788
13791866          E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2019 02:26:53
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13226700          E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2019 02:25:59
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13226702         +E-mail/Text: bncmail@w-legal.com Apr 12 2019 02:27:08     TD BANK USA, N.A.,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Bank United N.A.,    c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                  Anaheim, CA 92806-5948
cr*              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GARY E. THOMPSON    on behalf of Joint Debtor Linda A. Staffieri get24esq@aol.com
              GARY E. THOMPSON    on behalf of Debtor Michael J. Staffieri, Jr. get24esq@aol.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOEL S. TODD    on behalf of Creditor    BANK OF AMERICA, N.A. jtodd@jtoddlaw.com,
               jtodd@jtoddlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RAMESH  SINGH    claims@recoverycorp.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael J. Staffieri, Jr. and Linda A. Staffieri

       Debtor(s)                                      Bankruptcy No: 13−19662−ref

                                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                400 Washington Street
                                        Suite 300
                                      Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                      For The Court
                                                             Timothy B. McGrath
                                                               Clerk of Court

Dated: 4/11/19

                                                                                               61 − 59
                                                                          Form 138_new