United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-19662-ref
Michael J. Staffieri, Jr.                                       Chapter 13
Linda A. Staffieri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv              Page 1 of 1              Date Rcvd: Apr 11, 2019
                               Form ID: 212           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db/jdb          +Michael J. Staffieri, Jr.,   Linda A. Staffieri,   24 Buckhill Road,   Kinzers, PA 17535-9760

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
            FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            GARY E. THOMPSON   on behalf of Joint Debtor Linda A. Staffieri get24esq@aol.com
            GARY E. THOMPSON   on behalf of Debtor Michael J. Staffieri, Jr. get24esq@aol.com
            JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
             ecfemails@ph13trustee.com
            JOEL S. TODD   on behalf of Creditor   BANK OF AMERICA, N.A. jtodd@jtoddlaw.com,
             jtodd@jtoddlaw.com
            JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            KEVIN S. FRANKEL   on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC pa-bk@logs.com
            LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            RAMESH  SINGH   claims@recoverycorp.com
            SCOTT  WATERMAN   ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
            THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 12

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re:                                                    Chapter: 13

    Michael J. Staffieri, Jr. and Linda A. Staffieri

Debtor(s)                                                 Case No: 13−19662−ref

---

### ORDER

    AND NOW, 4/11/19 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

    ☑ A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.



                     For The Court

                     Richard E. Fehling

                     Chief Judge ,United States
                     Bankruptcy Court