Certificate Number: 01401-PAE-DE-032691900

Bankruptcy Case Number: 13-19662



01401-PAE-DE-032691900

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 18, 2019,</u> at <u>7:16</u> o'clock <u>PM EDT</u>, <u>Michael J Staffieri Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 18, 2019</u>          By:    <u>/s/Jeremy  Lark</u>

                                                Name:  <u>Jeremy  Lark</u>

                                                Title:   <u>FCC Manager</u>