Certificate Number: 01401-PAE-DE-032696792

Bankruptcy Case Number: 13-19662


01401-PAE-DE-032696792

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 19, 2019</u>, at <u>7:15</u> o'clock <u>PM EDT</u>, <u>Linda A Staffieri</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>April 19, 2019</u>                    By:    <u>/s/Jeremy  Lark</u>

                                                Name:    <u>Jeremy  Lark</u>

                                                Title:    <u>FCC Manager</u>